IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 18 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| RICKEY LEE SULFFRIDGE,           § | |
| § | |
| Petitioner,       § | |
| § | |
| VS.                              § | NO. 4:06-CV-212-A |
| § | |
| NATHANIEL QUARTERMAN, DIRECTOR   § | |
| TEXAS DEPARTMENT OF CRIMINAL     § | |
| JUSTICE, CORRECTIONAL            § | |
| INSTITUTIONS DIVISION,           § | |
| § | |
| Respondent.      § | |

## O R D E R

Came on for consideration the above-captioned action wherein Rickey Lee Sulffridge is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On August 4, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by August 25, 2006. On August 16, 2006, petitioner filed his written objections. Respondent has not made any further response. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the court makes a <u>de novo</u> determination of those portions of the proposed findings or recommendations to

which specific objection is made. <u>United States v. Raddatz</u>, 447 U.S. 667 (1980). The court is not addressing any nonspecific objections or any frivolous or conclusory objections. <u>Battle v. United States Parole Comm'n</u>, 834 F.2d 419, 421 (5th Cir. 1987).

Petitioner objects to the finding that the record in this action does not reflect the Texas Board of Pardons and Parole established a presumptive parole date for petitioner. Petitioner urges that he was a "pre-parolee" with a presumptive parole date; however, he points to no evidence in the record supporting that theory. Thus, after reviewing the record, the court agrees with the magistrate judge's finding on the issue. As for petitioner's remaining objections, the court is satisfied that the magistrate correctly decided those issues. Therefore,

The court accepts the findings, conclusions and recommendation of the magistrate judge and ORDERS that the petition in this action be, and is hereby, denied.

SIGNED August 18, 2006.

JOHN McBRYDE
United States District Judge